AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

KEVIN LEE TOMPKINS,

*Defendant*

Case No. 26-cr-0202-RMR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KEVIN LEE TOMPKINS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-4: 18 U.S.C. § 875(c) - Interstate communication of threats
Count 5: 18 U.S.C. § 922(g)(1) - Felon in possession of ammunition

Date: 9/2/2026

s/ C. Cuenca, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*