IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 26-cr-0202-RMR

UNITED STATES OF AMERICA,
Plaintiff,

v.

KEVIN LEE TOMPKINS,
Defendant

---

**MOTION FOR DETENTION**

---

The United States of America respectfully files this memorandum in support of pre-trial detention for defendant Kevin Lee Tompkins. At the initial appearance, the Government will move to detain the defendant because the defendant is charged with a crime of violence and constitutes a danger to the community. *See* 18 U.S.C. §§ 3142(f)(1)(A), 3156(a)(4). Additionally, a detention hearing is warranted because there exists a serious risk that Tompkins will threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, prospective witnesses or jurors. *See* 18 U.S.C. § 3142(f)(2)(B).

The defendant is charged with four counts of interstate threats for making threats to kill law enforcement, Muslim Americans, judges, prosecutors, and others in online comments. During an interview with the FBI on August 5, 2026, the defendant admitted to making these threats. The defendant is also charged with felon in possession of ammunition after boxes of ammunition were found in his nightstand along with a book titled *The Manufacture of Explosives*. And although no guns were found at his apartment, the web search history on the defendant's cell phone showed that he was viewing firearms for sale in Colorado on Armslist—a website on which guns are privately bought and sold.

## REQUEST FOR DETENTION HEARING

### A. Legal Standards

Pursuant to the Bail Reform Act, the Court shall (upon motion of the attorney for the Government) hold a hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant or the safety of the community in a case that involves "a crime of violence." 18 U.S.C. § 3142(f)(1)(A). The phrase "crime of violence" is defined in Section 3156(a)(4)(A) as "an offense that has as an element of the offense the use, attempted use, or *threatened use of physical force* against the person or property of another." *Id.* (emphasis added). The first essential element of a violation of 18 U.S.C. § 875(c) is that "the defendant knowingly transmitted a communication containing a *threat to injure the person of another*." *See* 10th Circuit Pattern Jury Instruction 2.37.1 (revised March 7, 2026).[1]

Additionally, pursuant to 18 U.S.C. § 3142(f)(2)(B), the Court (upon motion for an attorney for the Government or upon the judicial officer's own motion) shall hold a detention hearing "in a case that involves—a serious risk that such person will obstruct or attempt to obstruct justice, *or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate*, a prospective witness or juror." 18 U.S.C. § 3142(f)(2)(B) (emphasis added). As discussed below, given the threats to kill law enforcement officers in this case, and the role that law enforcement witnesses played in investigating the case, this provision is applicable.

[1] *See United States v. Payne*, No. 1:25-cr-144-WJM (TPO), ECF 12 at 2 (D. Colo. Apr. 24, 2025) (finding that § 875(c) "is a crime of violence under 18 U.S.C. § 3142(f)(1)(A)") (detained); *United States v. Capriotti*, No. 21-cr-16, 2021 WL 229660, at *3 (N.D. Ill. Jan. 22, 2021) ("The operative definition of crime of violence in the Act is found in Section 3156(a)(4)(A), including among crimes of violence, for purposes of the Act, an offense that has as an element the 'threatened use of physical force' against person or property of another – this is the so-called elements clause of the Act's definition of crime of violence.") (detained); *United States v. Middleton*, 24-cr-40036-JPG, 2024 WL 5246595, at *3 (S.D. Ill. Dec. 30, 2024) (threats to injure the person of another in violation of § 875(c) fit "squarely" within the Bail Reform Act's definition of a crime of violence) (detained).

A defendant may be detained pending trial if the Court finds that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1). In determining whether there are conditions of release that will reasonably assure the defendant's appearance and the safety of the community, the Court must consider: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence of dangerousness against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release. 18 U.S.C. § 3142(g). A judicial officer's finding of dangerousness must be supported by clear and convincing evidence. 18 U.S.C. § 3142(f)(2)(b).

**B. Factual Basis for Detention**

Defendant Kevin Lee Tompkins has been the subject of repeated threats to life referrals to the FBI dating back to October 2024. In conversations with Tompkins on at least three occasions, FBI agents admonished Tompkins for making serious, public threats to kill law enforcement officers and their families and told Tompkins that his comments were concerning and unacceptable. Despite these warnings from the FBI, Tompkins persisted in posting threat to kill police and federal agents on YouTube, including comments in late June and July 2026 in which he threatened to start shooting officers "as soon as my dad dies" because "I'll have nothing stopping me and I won't give a fuck . . . I will kill you all of you . . . until I'm killed." Information obtained in the investigation has shown that Tompkins' father has had health issues for at least the last month and a half.

\\

\\

**Threats Referral from Google to the FBI in October 2024**

In October 2024, the FBI's National Threat Operations Center (NTOC) received a referral from Google reporting a YouTube user for making comments about wanting to kill police officers and having access to firearms. Several of the comments referred by Google—which were posted in response to videos critical of police uses of force—are quoted below:

- "All 3 of theres [these] coos [cops] need to be shot in their face, And if anyone wants my services of killing a cop or kidnapping a cop and video recording his torture to death. Let me know I'll do it for a fee."
- "Because I honestly don't care about killing cops or torturing them to death. Definitely. Don't care about going to prison for it . . . but that requires me being caught."
- "Cops like this need To be publicly execu[ted] their families be forced to watch."

Google provided account information for the account which posted the threats including the following details:

Name: Kevin Lee
Email: [Google Email 1]
Birthday: October ##, 1985[2]

In April 2025, the FBI attempted to locate and interview Kevin Lee Tompkins (who has the date of birth shown in the Google referral). Agents interviewed Tompkins' ex-wife at her apartment in Colorado. She informed the agents that she made Tompkins move out in 2020 because of his emotional, verbal, and physical abuse. According to her, Tompkins moved to Texas but then relocated back to Colorado with his father in June 2024. She also told agents that Tompkins created Google Email 1 about two years prior to the interview.

[2] Numbers shown with the # symbol have been redacted to protect personal identifying information.

On May 12, 2025, the FBI interviewed Kevin Lee Tompkins by phone about the threatening comments. Tompkins confirmed that he created Google Email 1. Tompkins said that he had not used his YouTube account in over a year and that he had no intention of shooting, kidnapping, or torturing cops. He also claimed that his phone had been stolen about three months before the interview and that he had been receiving emails stating that his accounts had been hacked. He further claimed that he allowed other people to use his phone and that he had a nephew that did not like cops. The following day, agents spoke to Tompkins again. Tompkins stated that he found the comments to be concerning and that those thoughts would never even cross his mind. Nonetheless, Tompkins told the agents that he would try to close his YouTube account.

**October 2025 Threats Referral**

In early October 2025, the FBI National Threat Operations Section received another voluntary emergency disclosure of information from Google, containing subscriber information for YouTube user Kevin Tompkins regarding threats to kill and torture police officers and their families. Some of the YouTube comments in the referral—which were made in response to videos regarding police/citizen encounters—are quoted below:

- "Pigs like this need to die and their families tortured to death, age race or gender means nothing to me, if you're a scumbag you and your family will die! And for the right price will.do just that"
- "And i wanna kidnap the pigs family and force him to watch me torture his family to death very slowly before I kill the pig."

Google provided the subscriber and account information for the account posting the YouTube comments. The display name for the account was "Kevin" and the email linked to the account was Google Email 2. The Google Wallet address information for the account was for the apartment

where the FBI had interviewed Tompkins' ex-wife.

On October 3, 2025, FBI conducted another phone interview with Kevin Lee Tompkins. Tompkins denied making any posts on YouTube that would be of concern and said that he took YouTube off his phone. Later in the conversation, however, Tompkins said that there had been a group of people at the house with him the night before and that maybe someone else made the post from his phone. At the time of the interview, Tompkins said he was residing at a motel in Thornton, Colorado.

Tompkins also acknowledged that he had attempted to get back a black powder gun (which he had previously pawned) but was unsuccessful. Tompkins at first claimed that he could not remember the caliber of the gun but then said it was a .44.

**Meeting with Tompkins in January 2026**

On or about January 14, 2026, agents spoke to Tompkins in person and admonished him that his threats to kill law enforcement officers, Muslim Americans, and public officials were unacceptable. Tompkins did not admit to making the internet comments but demonstrated an understanding of what the agents were saying.

About one week after agents spoke to Tompkins, the FBI received another emergency disclosure from Google on January 22, 2026 containing a series of threats against Muslims as well as threats against law enforcement. The referral included threatening statements posted soon after the January 14, 2026 FBI meeting with Tompkins. The referral showed the threats were made from an account with subscriber Kevin Tompkins. The phone number linked to the account was the phone number at which the FBI had previously interviewed Tompkins. The comments included threats to kill Muslims, some of which are quoted below:

- December 31, 2025**:** “We the American people need to start killing Muslim mfs[.] age and gender means nothing”
- January 2, 2026: “their [sic] is a bunch of us who will be killing a bunch of Muslims in our country same as we killed them in their country for a living just do it free in America!!!! SO YOU MUSLIMS BEST BE READY BECAUSE WE’RE KILLING MEN WOMEN AND CHILDREN NO QUESTIONS ASKED NO HESITATION AND NO REMORSE”
- January 18, 2026: “Fuk muslims!! We need to kill them all in America

On January 23, 2026, agents contacted Kevin Tompkins again by phone and admonished him that such violent threats were unacceptable. Tompkins denied making any violent online posts.

**July 2026 Threats**

On July 14, 2026, the FBI received another emergency disclosure from Google about YouTube comments posted by “Kevin Lee,” whose account was linked to Google Email 1. In addition to Tompkins telling the FBI that he created this account, a subsequent search of Kevin Tompkins’ cell phone showed that he had this email account on his phone.

Among the threats referred to the FBI, Tompkins commented on a YouTube video on June 27, 2026 featuring a First Amendment auditor being told by court security deputies that he could not film in a Long Island, New York courthouse. The auditor asks the deputies what authority prohibits filming in the courthouse, and the deputies explain that chief judge has issued an order prohibiting filming beyond the security checkpoint. Tompkins posted the following comment to the video: “That judge and any judge that makes their own orders and not laws NEED TO BE KIDNAPPED AND TORTURED TO DEATH”. Three days later, on June 30, 2026, Tompkins posted the following comments on YouTube:

- "Yep, I want to kill every one of these cops in these videos and **the day my dad dies I will start killing cops. That goes for FBI ATF Colorado bureau of investigation, politicians, judges, prosecutors**, you're all gonna die eventually whether it be by my hand or someone else's that I have paid because I'm no longer here on earth because I was killed. And three hundred thousand dollars will be paid to whoever kills everyone involved, including your family" (emphasis added).

- "Well, for the right price, I'm sure I could find someone to kill all of these cops. **Because I know as soon as my dad dies. I'll have nothing stopping me and I won't give a fuck whether you're white black brown, green with yellow polka dots male or female city county state pig cop or fbi, atf, pig cop or Colorado bureau of investigations and I will kill you all of you until I'm killed.** Then whoever kills me $,300000 will be paid to kill that pig's family and make that pig watch. **And i'm sure you're watching this f b I of denver, colorado, and guess what, I don't care**." (emphasis added).

In the comments above, Tompkins, for the first time, put a specific timeframe on his threats to start "killing cops" and identified the triggering event as "the day my dad dies." As mentioned above, in the course of the investigation agents learned that Tompkins' father has had health issues since at least July 15, 2026. The combination of Tompkins' statements and the health condition of his father raised serious concern about the risk that Tompkins poses to public safety.

In addition to threats against law enforcement and public officials such as judges, prosecutors, and politicians, Tompkins also continued to make serious threats of violence against Muslim Americans including the following YouTube comment on July 8, 2026:

- "Muslims men are just pedophiles and in America we are going to start killing all Muslims in our country and we will kill cops fbi atf DA's judges and politicians who want to prosecute us and protect them."

**Violent Threats Continue in July 2026 and August Until the Eve of the Search Warrant at Tompkins' Residence**

During the remainder of July 2026 and early August 2026, Tompkins continued posting violent threats on YouTube videos up until the evening before a federal search warrant was executed at his residence on August 5, 2026. These posts were made from a YouTube account registered to Google Email 1 with customer billing information listed for Kevin Tompkins and an apartment address in Colorado that matched where Tompkins had told FBI agents he was living.

The night before the search warrant, Tompkins posted the following comments to YouTube:

- "Pig cop's like this needs to be killed and their families forced to watch and then forced to eat his dead body, and for the right price we can make that happen."
- "I'd have to kill both wanna be tough guys I would have cut them from . . . their taint to their tonsils and pull out his intestines[.] [A]ge and gender means nothing to me I will kill you."

**The FBI Executes a Federal Search Warrant at Tompkins' Residence and Finds Ammunition in His Nightstand Along with a Book on the Manufacture of Explosives**

On August 5, 2026, the FBI executed a federal search warrant at the residence where Tompkins was living with his ex-wife. In a nightstand, agents found boxes of ammunition along with Tompkins' Colorado driver's license. The same nightstand also contained a book titled "The Manufacture of Explosives." Photos of these items are shown below. No guns were found during the search of the apartment, and Tompkins told agents that he had pawned the antique firearm and the conversion cylinder allowing it to fire that were given to him at the time he received the ammunition.







### C. Argument

The Government submits that the defendant poses a danger to the community that cannot be mitigated by the imposition of conditions of release. The Court should take Tompkins' words seriously. Tompkins has repeatedly stated that he plans to kill law enforcement officers and will start shooting "as soon as my dad dies" because "I'll have nothing stopping me and I won't give a fuck . . . ." The many comments that YouTube has removed from its platform and referred to the FBI make Tompkins' antipathy to law enforcement, judges, prosecutors, and Muslims clear. Tompkins continued to make threats to kill persons from these groups even at a time he believed that his posts were being monitored.

The FBI has repeatedly spoken with Tompkins about his threats to kill to no effect. Agents have similarly spoken to Tompkins' ex-wife, at whose apartment Tompkins is believed to have lived for the past two years. She, too, has been unable to persuade Tompkins to stop. Agents understand from their conversations with both Tompkins and his ex-wife that she works during the day, and he remains home with his ailing father. The Government has also learned that Tompkins now has a vehicle. Most troubling, however, is that although Tompkins has repeatedly told the FBI that he knows he is not allowed to possess firearms as a convicted felon, his web search history shows that during July 2026, he was viewing and searching for firearms for sale in Colorado on a website that facilitates private firearms sales.

## CONCLUSION

Given the totality of the circumstances discussed above, and the fact that repeated interventions by the FBI over the past two years have failed to persuade the defendant to change his behavior, the Government respectfully urges the Court to detain the defendant pending trial.

Respectfully submitted this 4th day of September, 2026.

PETER MCNEILLY
United States Attorney

By: *s/ Daniel Pastor*
Daniel Pastor
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: daniel.pastor@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Elizabeth Gomez Solis*
Legal Assistant
U.S. Attorney's Office