IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

*United States of America v. Tompkins*

Case No. 26-cr-00202-RMR

**Exhibit A**

Hello Judge Chung.

My name is Peggy Strauss Tompkins, and I am writing to respectfully offer a character reference on behalf of my husband, Kevin Lee Tompkins, in support of his detention hearing on Thursday, September 10, 2026. I am aware that Kevin is facing charges related to interstate communication of threats, and I understand the serious nature of these proceedings. However, I am writing to share my personal experience regarding his character and reliability.

Kevin is a deeply grounded member of our family and the glue that holds us together. He has been the primary caretaker for his father, Donald William Tompkins, since his mother passed away four years ago from cancer. On the day of his mother's funeral, his father suffered a stroke and a brain aneurysm, followed by a second stroke a year later, which left him fully dependent on Kevin.

While I help when I can, I work full-time. Kevin also assists our family by occasionally caring for our four-month-old grandson while his parents work full-time, as well as looking after our four family dogs. Everyone who comes into contact with Kevin knows they can depend on him whenever they need help.

I am 100% safe with Kevin in our home. He is gentle, caring, supportive, and considerate, and I trust him completely, Kevin has never been physically, verbally, or mentally abusive to me in any form.

I strongly believe that Kevin will comply with all conditions of release set by the court. I am prepared to assist in any way needed and that includes being a third-party custodian, to ensure he can return home to our family and continue providing essential care for his father.

I work full-time at the Sheraton downtown Denver. My title is assistant manager of banquets. I have been gainfully employed there for 11 years. And before that one years at the Omni Interlaken hotel located in Broomfield. We have strong ties to Colorado, where I am a native

Thank you for your time and consideration

Respectfully.

Peggy Strauss Tompkins
[redacted]